UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

Gary La Barbera, etc.,

                        Plaintiff,        CV-06-4445 (CPS)

    - against -                     ORDER

Cyn-Ken Driver Service Co., Inc.,

                        Defendant.

----------------------------------------X

       No objections to the Report and Recommendation of Magistrate Judge Cheryl L. Pollak dated September 6, 2007 having been filed by the parties, the Report and Recommendation is hereby adopted. Counsel for the plaintiff is directed to serve a copy of the within on the defendant at its last known address, to file proof of service with the court, and to settle a judgment on notice in conformity with the Report and Recommendation not later than October 16, 2007.

       The Clerk is directed to transmit a copy of the within to all parties and to the assigned Magistrate Judge.

       SO ORDERED.

Dated :   Brooklyn, New York
          October 3, 2007

        By: /s/ Charles P. Sifton (electronically signed)
               United States District Judge